IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MELVIN A. WARREN, | : |
| *Plaintiff*, | : Case No. 1:25-cv-557 |
| vs. | : Judge Jeffery P. Hopkins |
| TRANS UNION LLC, *et al.*, | : |
| *Defendants*. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (Doc. 28) issued by Magistrate Judge Stephanie K. Bowman on December 29, 2025. The Magistrate Judge recommends that Plaintiff's motion for voluntary dismissal be granted and that this action be dismissed without prejudice. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. 25) is **GRANTED**, all pending motions (Docs. 12, 18, 19, 20, 21) are **DENIED AS**

**MOOT** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

    **IT IS SO ORDERED.**

<u>January 13, 2026</u>

                                              Jeffery P. Hopkins
                                           United States District Judge